| AO 10 Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) ROSENTHAL, LEE H. | 2. Court or Organization U.S.D.C.-S.D.TX | 3. Date of Report 08/13/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S.DISTRICT JUDGE-ACTIVE | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2013 to 12/31/2013 |

**7. Chambers or Office Address**

515 RUSK
ROOM 11535
HOUSTON, TEXAS 77002

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, BOARD OF TRUSTEES | THE KINKAID SCHOOL |
| 2. MEMBER, BOARD OF OVERSEERS | THE RAND INSTITUTE FOR CIVIL JUSTICE |
| 3. MEMBER, BOARD OF TRUSTEES | RICE UNIVERSITY |
| 4. MEMBER, BOARD OF TRUSTEES | CENTER FOR AMERICAN AND INTERNATIONAL LAW |
| 5. MEMBER, ADVISORY BOARD | INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LEGAL SYSTEM |
| 6. MEMBER, BOARD OF VISITORS | DUKE UNIVERSITY SCHOOL OF LAW |
| 7. MEMBER, EXECUTIVE COMMITTEE, COUNCIL | AMERICAN LAW INSTITUTE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | National Board of Bar Examiners | $3,500.00 |
| 2. 2013 | University of Houston Law Foundation | $2,200.00 |
| 3. 2013 | KU Endowment | $1,500.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | ▨▨▨▨▨, INC.: DIRECTOR'S FEES |
| 2. 2013 | ▨▨▨▨▨ ENTITIES: PARTNER DISTRIBUTION |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | AALS | JANUARY 4-5, 2013 | NEW ORLEANS, LA | PANELIST, AALS CIVIL PROCEDURE SECTION PROGRAM | NO REIMBURSEMENT SOUGHT |
| 3. | AMERICAN LAW INSTITUTE | JANUARY 16-18, 2013 | PHILADELPHIA, PA | ATTEND COUNCIL MEETING | LODGING, MEALS, AIRFARE, TRANSPORTATION & MISC |
| 4. | AMERICAN LAW INSTITUTE | JANUARY 24-25, 2013 | NEW YORK, NY | PANELIST, ALI RESTATEMENT SYMPOSIUM | LODGING, MEALS, AIRFARE & TRANSPORTATION |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | ROSENTHAL, LEE H. | 08/13/2014 |

| | | | | |
|---|---|---|---|---|
| 5. | CENTER AND EAST EUROPEAN LAW INSTITUTE | FEBRUARY 3-9, 2013 | TUNIS, TUNISIA | FACULTY, CEELI INSTITUTE OF PRAGUE TRAINING FOR TUNISIAN JUDGES | LODGING, MEALS & AIRFARE |
| 6. | LEWIS & CLARK COLLEGE | FEBRUARY 16-17, 2013 | PORTLAND, OR | JUDGE, MOOT COURT COMPETITION | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 7. | UNIVERSITY OF TEXAS SCHOOL OF LAW | FEBRUARY 28, 2013 | AUSTIN, TX | SPEAKER AT BRADFORD SOCIETY MEETING | NO REIMBURSEMENT SOUGHT |
| 8. | DUKE LAW SCHOOL | MARCH 7-9, 2013 | DURHAM, NC | ATTEND BOARD OF VISITORS MEETING | LODGING, MEALS, ARIFARE & TRANSPORTATION |
| 9. | NEW YORK UNIVERSITY SCHOOL OF LAW | MARCH 12-14, 2013 | NEW YORK, NY | SPEAKER NY LAW SCHOOL EMPLOYMENT LAW WORKSHOP | LODGING, AIRFARE & TRANSPORTATION |
| 10. | NATIONAL CONFERENCE OF BAR EXAMINERS | MARCH 14-16, 2013 | MIAMI, FL | ATTEND BAR EXAM COMMISSION MEETING | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 11. | LOUISIANA STATE UNIVERSITY SCHOOL OF LAW | MARCH 21-22, 2013 | BATON ROUGE, LA | SPEAKER LSU SYMPOSIUM | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 12. | AMERICAN BAR ASSOCIATION | APRIL 4-5, 2013 | NEW YORK, NY | PANELIST, NATIONAL INSTITUTE ON E-DISCOVERY | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 13. | DUKE UNIVERSITY SCHOOL OF LAW | APRIL 18-20, 2013 | WASHINGTON, DC | PANELIST, DUKE LAW TECHNOLOGY-ASSISTED REVIEW CONFERENCE | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 14. | INSTITUTE FOR THE ADVANCEMENT OF THE AMERICAN LAW SYSTEM | APRIL 25-26, 2013 | DENVER, CO | PANELIST CIVIL JUSTICE REFORM SUMMIT | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 15. | UNIVERSITY OF CHICAGO LAW SCHOOL | APRIL 28-30, 2013 | CHICAGO, IL | JUDGE, MOOT COURT COMPETITION | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 16. | AMERICAN LAW INSTITUTE | MAY 19-21, 2013 | WASHINGTON, DC | ATTEND ANNUAL MEETING | LODGING & TRANSPORTATION |
| 17. | DUKE LAW SCHOOL | MAY 23-24, 2013 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 18. | DUKE LAW SCHOOL | MAY 30-31, 2013 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 19. | DUKE LAW SCHOOL | JUNE 6-7, 2013 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 20. | DUKE LAW SCHOOL | JUNE 13-14, 2013 | DURHAM, NC | FACULTY AT DUKE JUDICIAL STUDIES | LODGING, AIRFARE & TRANSPORTATION |
| 21. | LOUISIANA STATE UNIVERSITY SCHOOL OF LAW | JULY 5-26, 2013 | LYON, FRANCE | FACULTY, LSU SUMMER TEACHING PROGRAM | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 22. | AMERICAN LAW INSTITUTE | OCTOBER 16-18, 2013 | NEW YORK, NY | ATTEND ALI COUNCIL MEETING | LODGING, AIFARE & TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/13/2014 |

| 23. SEDONA CONFERENCE | NOVEMBER 6-8, 2013 | WASHINGTON, DC | CIVIL RULES MEETING | LODGING & MEALS |
|---|---|---|---|---|
| 24. UNIVERSITY OF PENNSYLVANIA SCHOOL OF LAW | NOVEMBER 15-16, 2013 | PHILADELPHIA, PA | PANELIST PENN CONFERENCE | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 25. YALE LAW SCHOOL | NOVEMBER 17-18, 2013 | NEW HAVEN, CT | SPEECH AT YALE LAW SCHOOL | LODGING, MEALS & TRANSPORTATION |
| 26. NATIONAL CONFERENCE OF BAR EXAMINERS | NOVEMBER 21-23, 2013 | NEW ORLEANS, LA | ATTEND BAR EXAM COMMISSION MEETING | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 27. INSTITUTE FOR THE ADVANCEMENT OF AMERICAN LEGAL SYSTEMS | DECEMBER 4-6, 2013 | DENVER, CO | IAALS FORUM | LODGING, MEALS, AIRFARE & TRANSPORTATION |
| 28. | | | | |
| 29. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure | | | |
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Amegy Bank Account | | None | | | close | 1/15 | J | | |
| Arkansas St College 0.00% due 6/1/15 | | None | N | T | | | | | |
| Austin TX Wtr 5.00% due 5/15/35 | D | int | N | T | | | | | |
| Azle TX ISD 0.00% due 2/15/14 | | None | N | T | | | | | |
| Bexar Cty, TX GO 5.25% due 6/15/23 | E | int | N | T | | | | | |
| Brazos Cty, TX 5.00% due 9/1/25 | D | int | N | T | | | | | |
| Chicago Brd Ed 0.00% due 12/1/19 | | None | L | T | | | | | |
| College Station ISD 4.6250% due 9/15/20 | D | int | N | T | | | | | |
| Dallas, TX 5.00% due 2/15/24 | D | int | | | redeem | 2/15 | M | | |
| Denton, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| District Columbia 5.00% due 6/1/17 | E | int | N | T | | | | | |
| Ft. Bend TX ISD 0.00% due 8/15/15 | | None | M | T | | | | | |
| Grand Prairie, TX ISD 0.00% due 8/15/33 | | None | N | T | | | | | |
| Grapevine-Colleyville ISD 0.00% due 8/15/23 | | None | M | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/14 | E | int | N | T | | | | | |
| Harris Cty, TX, 5.00% due 10/1/19 | D | int | N | T | | | | | |
| Harris Cty, TX, 5.75% due 10/1/20 | D | int | M | T | | | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000

2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Houston, TX ISD 5.00% due 2/15/22 | D | int | M | T | | | | | |
| Houston, TX Pub Impt 5.375% due 3/1/15 | D | int | M | T | | | | | |
| Houston, TX Pub Impt 5.00% due 3/1/20 | E | int | O | T | | | | | |
| Laredo TX ISD 0.00% due 08/01/23 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/20 | | None | N | T | | | | | |
| Leander TX ISD 0.00% due 8/15/21 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/22 | | None | M | T | | | | | |
| Leander TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| Lewisville TX ISD 0.00% due 8/15/21 | | None | O | T | | | | | |
| Mesquite TX ISD 0.00% due 8/15/32 | | None | N | T | | | | | |
| Midlothian TX ISD 0.00% due 2/15/22 | | None | N | T | | | | | |
| Northwest, TX ISD 5.00% due 2/15/16 | D | int | M | T | | | | | |
| Royse City, TX ISD 0.00% due 8/15/25 | | None | N | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/24 | | None | N | T | | | | | |
| Schertz-Cibolo-Unvl City, TX 0.00% due 2/1/25 | | None | N | T | | | | | |
| Snohomish Cty WA ISD 5.25% due 12/1/24 | D | int | N | T | | | | | |
| St of Illinois 5.00% due 6/1/22 | D | int | M | T | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/13/2014 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60 of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| St of Washington BO 0.00% due 12/01/21 | | None | O | T | | | | | |
| Texarkana, TX ISD 0.00% due 2/15/26 | | None | M | T | | | | | |
| TX Water Dev 5.00% due 10/1/23 | D | int | M | T | | | | | |
| University TX Univ 5.25% due 7/1/21 | E | int | N | T | | | | | |
| University TX Univ 4.50% due 7/1/33 | D | int | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/17 | | None | M | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/19 | | None | N | T | | | | | |
| Wylie, TX ISD 0.00% due 8/15/23 | | None | N | T | | | | | |
| JPM Chase-Checking | | None | J | T | | | | | |
| HSA Bank | A | int | K | T | | | | | |
| Merrill Lynch (SP) | A | int | L | T | | | | | |
| Ally Bank | A | int | P1 | T | open | 12/5 | N | | |
| American Express Bank, FSB | E | int | P1 | T | | | | | |
| AIF V Private Investors LLC | | (1) | K | U(1) | sell | (1) | K | | |
| AIF VI Private Investors LLC | | (1)(a) | (1)(a) | (1)(a) | | | | | |
| AIF VII Private Investors LLC | | (1)(a) | (1)(a) | (1)(a) | | | | | |
| APAX Europe VII Private Investors, LLC | | (1) | N | U(1) | sell | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp- tion) | (2) Date: Month- Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Atlantic Trust Company, N.A. | A | div | L | T | | | | | |
| BRKB-Common | | None | O | T | | | | | |
| Black Stone Minerals Company, LP | | (1) | P1 | U(1) | sell | (1) | N | | |
| Arrowhead Research Corp | | None | (11) | (11) | | | | | |
| Brand Group Holdings, Inc.-Common | | None | (11) | (11) | | | | | |
| Carlyle Asia Partners II | | (1) | N | U(1) | sell | (1) | K | | |
| Carlyle Japan International Partners II, L.P. | | (1) | M | U(1) | sell | (1) | K | | |
| CIT Bank | B | div | P1 | T | open | 12/9 | N | | |
| CIE-Common | | None | L | T | sell (part) | 7/1 | L | D | |
| CJIP II Limited, L.P. | | (1) | K | U(1) | | | | | |
| CD&R Fund VII Private Investors, LLC | | (1) | O | U(1) | sell | (1) | N | | |
| Dreyfus Appreciation-Mutual Fund | A | div/int | | | final sell | 6/26 | M | D | |
| Emerald Marina Bay | | (1) | M | U(1) | | | | | |
| Emerald Cambridge | | (1) | J | U(1) | | | | | |
| Emerald Marina Cove | | (1) | J | U(1) | | | | | |
| Emerald Marina Shores | | (1) | J | U(1) | | | | | |
| Encino Energy, LLC | | (1) (a) | (1) (a) | (1) (a) | | (1) | | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more
3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/13/2014 |

VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Energy Capital Investors Fund, LLC | | (1) | J | U(1) | buy | (1) | J | | |
| FDC Group McKinney, Ltd | | (1) | K | U(1) | sell | (1) | M | | |
| FDC Group Crawford, Ltd. | | (1) | N | U(1) | buy | (1) | N | | |
| FDC Group Dunlavy, Ltd. | | (1) | N | U(1) | buy | (1) | N | | |
| FDC Group Wilcrest, Ltd. | | (1) | M | U(1) | buy | (1) | M | | |
| FDC Group Yorktown, Ltd. | | (1) | M | U(1) | buy | (1) | M | | |
| FPA Crescent-Mutual Fund | E | div/int | O | T | buy (add'l) | 2/19 | M | | |
| SPDR Gold Trust-ETF | | None | | | sell | 5/3 | M | | |
| Goldman Sachs Bank | A | int/div | M | T | | | | | |
| Goldman Sachs Mt. Kellett | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Goldman Sachs Mt. Kellett II | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| Great Northern Midstream, LLC | | (1) | M | U(1) | sell | (1) | J | | |
| Hawkins Investment Partnership | | (1) | P2 | U(1) | | | | | |
| IShares Core High Dividend-ETF | D | int/div | N | T | | | | | |
| | | (1) | J | U(1) | buy (add'l) | 6/26 | K | | |
| | | | | | buy (add'l) | 12/19 | K | | |
| HMTF Europe Private Fund | | | | | final sell | (1) | J | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
   H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
   P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/13/2014 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) Type (e.g. buy,sell merger, redemp-tion) | If not exempt from disclosure | | | |
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| HMTF Fund IV | | (1) | J | U(1) | sell | (1) | J | | |
| HydroEx Acquisition, LLC | | (1) | M | U(1) | | | | | |
| IShares Global Energy-ETF | E | div | O | T | | | | | |
| IShares US Consumer Goods-ETF | E | div | P1 | T | | | | | |
| JPMorgan Chase Investment Account | A | int | M | T | | | | | |
| KKR 2006 Private Investors, LLC | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| KMI-Common | E | div | P1 | T | | | | | |
| Merrill Lynch (CMA) | B | int/div | P1 | T | | | | | |
| Common | | None | M | T | sell (part) | 9/27 | L | E | |
| | | | | | sell (part) | 11/13 | J | D | |
| | | | | | sell (part) | 12/3 | K | D | |
| | | | | | sell (part) | 12/4 | J | B | |
| | | | | | sell (part) | 12/9 | J | C | |
| | | | | | sell (part) | 12/10 | J | A | |
| | | | | | sell (part) | 12/11 | J | D | |
| | | | | | sell (part) | 12/19 | K | D | |
| | | | | | sell (part) | 12/31 | J | D | |

1 Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4=$50,000,000 or more

3 Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

| Name of Person Reporting | Date of Report |
|---|---|
| Lee H. Rosenthal | 8/13/2014 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Oaktree Capital Group LLC | F | int/div | O | T | | | | | |
| -Restricted Stock | | None | (9) | (9) | | | | | |
| Common | | None | P1 | T | | | | | |
| Pearl Midtown, LLC | | (1) | M | U(1) | | | | | |
| Platform Partners, LLC | | (1) | O | U(1) | sell | (1) | L | | |
| SCF-V, L.P. | | (1) | L | U(1) | sell | (1) | M | | |
| SCF-VI, L.P. | | (1) | M | U(1) | sell | (1) | M | | |
| SCF-VII, L.P. | | (1) | N | U(1) | sell | (1) | L | | |
| SCF-VIII, L.P. | | (1) | M | U(1) | buy | (1) | M | | |
| Seminole | | (1) (a) | (1) (a) | (1) (a) | | | | | |
| SJKI-Common | | None | L | T | | | | | |
| SRE Properties, LP | | (1) | J | (1) | sell | (1) | J | | |
| LP | | (1) | L | U(1) | sell | (1) | L | | |
| LLC | | (1) | K | U(1) | sell | (1) | J | | |
| GP LLC | | (1) | J | U(1) | | | | | |
| LP | | (1) | O | U(1) | sell | (1) | O | | |
| II, LP (13) | | (1) | M | U(1) | buy | (1) | K | | |

1  Income/Gain Codes:  A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2  Value Codes:  J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3  Value Method Codes:  Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| GP, LP (13) | | (1) | L | U(1) | sell | (1) | J | | |
| LP | | (1) | L | U(1) | sell | (1) | P1 | | |
| LP (13) | | (1) | O | U(1) | buy | (1) | M | | |
| GP, LP (13) | | (1) | O | U(1) | buy | (1) | K | | |
| III(AIV), L.P. | | (1) | L | U(1) | sell | (1) | N | | |
| (AIV GP), L.P. | | (1) | O | U(1) | buy | (1) | P1 | | |
| (13) | | | | | | | | | |
| | | (1) | J | U(1) | | | | | |
| | | (1) | L | U(1) | | | | | |
| | | (1) | N | U(1) | | | | | |
| | | | | | final sell | (1) | J | | |
| | | (1) | K | U(1) | sell (part) | 4/12 | J | | |
| | | | | | sell (part) | 11/15 | K | | |
| | | (1) | M | U(1) | | | | | |
| | | (1) | L | U(1) | buy (add'l) | 8/9 | L | | |
| | | (1) | L | U(1) | | | | | |
| | | (1) | L | U(1) | sell (part) | 10/11 | P1 | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amt.<br>Code 1<br>(A-H) | (2)<br>Type<br>(e.g., div., rent or int.) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g. buy,sell merger, redemption) | (2)<br>Date: Month-Day<br>(2) | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| Liqui-Box | | (1) | M | U(1) | | | | | |
| Dexter | | (1) | N | U(1) | | | | | |
| SafeFleet | | (1) | M | U(1) | buy | 9/30 | M | | |
| 401(k) | A | div/int | M | T | | | | | |
| CapStreet II, LP | | (1) | J | U(1) | | | | | |
| CapStreet Parallel II, LP | | (1) | J | U(1) | | | | | |
| JP Morgan Chase-Checking | | None | J | T | | | | | |
| JP Morgan Chase-Checking-S | | None | J | T | | | | | |
| TROW-Common | D | div | N | T | | | | | |
| Vanguard Tax-Exempt M/M-Mutual Fund | A | div/int | N | T | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund | A | div/int | J | T | | | | | |
| WLR Recovery IV Investors, LLC | | (1) | M | U(1) | sell | (1) | L | | |
| Consumer Staples Select Sector SPDR-ETF | E | div | O | T | | | | | |
| Zinc Oxide LLC | | None | L | U(1) | buy | (1) | L | | |
| Certain LLC 1/18 | | (1) | J | U(1) | sell | (1) | J | | |
| Certain Limited Partners 1/39 | | (1) | K | U(1) | sell | (1) | J | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Certain Limited Partners 2/54 | | | | | | | | | |
| - Elliott Associates, L.P. | | (1) | P1 | U(1) | | | | | |
| - West Cam, L.P. | | (1) | J | U(1) | sell | (1) | M | | |
| - MP GEO, LLC | | (1) | J | U(1) | sell | (1) | J | | |
| - Midland Basin GEO, LLC | | (1) | J | U(1) | sell | (1) | J | | |
| - Gamma Geo | | (1) | M | U(1) | buy | (1) | L | | |
| - Flex Waz | | (1) | L | U(1) | buy | (1) | M | | |
| Certain LLC 2/54 (1% owner in 2/54 LP) | | (1) | J | U(1) | buy | (1) | J | | |
| - Elliott Associates, L.P. | Y | | | | | | | | |
| - West Cam, L.P. | Y | | | | | | | | |
| - MP GEO, LLC | Y | | | | | | | | |
| - Midland Basin GEO, LLC | Y | | | | | | | | |
| - Gamma Geo | Y | | | | | | | | |
| - Flex Waz | Y | | | | | | | | |
| IRA #1 (2) | | A | div/int | P1 | T/U | | | | |
| US Treasury Zero% Obligations | | | | | | | | | |
| Merrill Lynch Cash | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lee H. Rosenthal | 8/13/2014 |

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemption) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Amegy Bank Account | | | | | closed | 1/15 | J | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund | | | | | | | | | |
| *IRA #2 (2)* | A | div/int | P2 | T/U | | | | | |
| Merrill Lynch Cash | | | | | | | | | |
| US Treasury Zero% Obligations: US Treas Zero% due 8/15/13 | | | | | matured | 8/15 | J | D | |
| US Treas 2.375% due 11/15/17 | | | | | | | | | |
| Amegy Bank Account | | | | | closed | 1/15 | J | | |
| CIE-Common | | | | | buy | 12/19 | M | | |
| Dreyfus Appreciation-Mutual Fund | | | | | sell | 7/1 | N | | |
| Fairholme-Mutual Fund | | | | | sell (part) | 4/19 | N | | |
| FPA Crescent-Mutual Fund | | | | | buy | 12/19 | M | | |
| Goldman Sachs Bank | | | | | | | | | |
| Goldman Sachs Liberty Harbor | | | | | sell (part) | 10/1 | J | | |
| Hawkins Investment Partnership, L.P. | | | | | | | | | |
| IShares Core High Dividend-ETF | | | | | | | | | |
| SJKI-Common Stock | | | | | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Vanguard Prime M/M-Mutual Fund | | | | | | | | | | |
| Vanguard Tax-Exempt M/M-Mutual Fund | | | | | | | | | | |
| The F Trust | Y | *No longer reporting as filer has no beneficial interest in theseTrusts, has no control over Trusts* | | | | | | | | |
| The XYZ Trust | Y | *(there is only an outside independent Trustee), and no longer claims any beneficiary on tax return as a dependent.* | | | | | | | | |
| The Z Trust | Y | | | | | | | | | |
| #2 Trust (R8) (2) | | E | div/int | P1 | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | | |
| - Amegy Bank Account | | | | | | close | 1/15 | J | | |
| - IShares US Consumer Goods - ETF | | | | | | | | | | |
| - Vanguard Tax-Managed Capital Appreciation-Mutual Fund | | | | | | | | | | |
| - Vanguard Admiral Fund Treasury-Mutual Fund | | | | | | | | | | |
| - Vanguard Tax-Exempt M/M-Mutual Fund | | | | | | | | | | |
| Certain Limited Partners 2/54 (12) | | | | | | | | | | |
| - Elliott Associates, L.P. | | | | | | | | | | |
| #3 Trust (H8) (2) | | D | div/int | O | T | | | | | |
| - Merrill Lynch Reserves | | | | | | | | | | |
| - Consumer Staples Select Sector SPDR-ETF | | | | | | | | | | |
| - Vanguard Tax-Managed Capital Appreciation-Mutual Fund | | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000; H2=More than $5,000,000

2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000; P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more

3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated

See explanatory footnotes on page 19.

## VII. INVESTMENTS AND TRUSTS -- income, value, transactions.
(Includes those of spouse and dependent children; see pp. 34-60of Instructions).

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy,sell merger, redemp-tion) | (2) Date: Month-Day (2) | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| - Vanguard Admiral Fund Treasury M/M-Mutual Fund | | | | | | | | | |
| - Vanguard Tax-Exempt M/M-Mutual Fund | | | | | | | | | |
| *U.S. Savings Bonds (3)* | | None | L | T | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund #1 | A | div/int | K | T | | | | | |
| Vanguard Tax-Exempt M/M-Mutual Fund #1 | A | div/int | N | T | | | | | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund #3 Y | | | | | | | | | |
| Vanguard Tax-Exempt M/M-Mutual Fund #3 Y | | | | | | | | | |
| Amegy Bank Account #3 | | | | | close | 1/15 | J | J | |
| Vanguard Admiral Fund Treasury M/M-Mutual Fund #4 Y | | | | | | | | | |
| Vanguard Tax-Exempt M/M-Mutual Fund #4 Y | | | | | | | | | |
| Amegy Bank Account #4 Y | | | | | close | 1/15 | J | J | |
| ML Reserves #1 | A | div/int | K | T | | | | | |
| ML Reserves #3 Y | | | | | | | | | |
| ML Reserves #4 Y | | | | | | | | | |
| JPM Chase Checking #3 Y | | | | | | | | | |
| JPM Chase Checking #4 Y | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

1 Income/Gain Codes: A=$1,000 or less; B=$1,000-$2,500; C=$2,501-$5,000; D=$5,001-$15,000; E=$15,001-$50,000; F=$50,001-$100,000; G=$100,001-$1,000,000; H1=$1,000,001-$5,000,000;
  H2=More than $5,000,000
2 Value Codes: J=$15,000 or less; K=$15,001-$50,000; L=$50,001 to $100,000; M=$100,001-$250,000; N=$250,001-$500,000; O=$500,001-1,000,000; P1=$1,000,001-$5,000,000;
  P2=$5,000,001-$25,000,000; P3=$25,000,001-$50,000,000; P4-$50,000,000 or more
3 Value Method Codes: Q=Appraisal; R=Cost (Real Estate Only); S=Assessment; T=Cash/Market; U=Book Value; V=Other; W=Estimated
See explanatory footnotes on page 19.

(1)  Private entities including private company investment partnerships. For private entities, valuation is based on net book value. For such entities, valuation (Column C(2)) is based on capital account as set forth on form K-1 and income and gain is included (to the extent distributed) in net cash paid or received (as described below) under Column D(3) and not in Column B and/or Column D(4). Where filer is a passive owner with no control over investments or timing of calls or distributions, such cash distributions and calls are set forth in Column D(3) as a net aggregate amount for the reporting period. "Buy" indicates net cash paid into the entity and "sell" indicates net cash paid by entity to filer. Sale by filer of an interest in any such entity is treated as part of the net cash transferred per the immediately preceding sentence with any proceeds from such sale being added to such net cash amount (as opposed to any D(4) calculation).

   (1) (a) In connection with Footnote (1) private company investment partnerships, in absence of receipt of K-1 by filer by filing date, no information is provided as to income, gross value or transaction values.

(2)  Amounts indicated are aggregate net amounts for entire beneficial interest of trust or IRA.

(3)  U.S. Savings Bonds are valued at stated face value of bonds.

(4)  Purchase and sale price of regular interest paying bonds excludes accrued interest. Interest income on regular interest paying bonds excludes accrued interest bought or sold. Gain indicated on redeemed bonds represents only the redemption amount (and premium, if any) in excess of principal amount. Bond premium or discount at purchase is assumed to be fully amortized for purposes of calculating gain or loss on sale, redemption or maturity on regular interest paying bonds, and such amortization does not affect interest reported annually.

(5)  No interest income is included in Interest Income Column B(1) on zero coupon bonds. Total to date accreted interest for zero coupon bonds is included in Value Column C(1). On maturity of zero coupon bonds, total accreted interest is included in Value Column D(3). On maturity, redemption, or sale of zero coupon bonds, Value Column D(3) is the maturity value, redemption price, or sales price and Gain Column D(4) reflects the difference between the maturity value, redemption price, or sales price and the original cost.

(6)  All mutual fund reinvested dividends, interest and capital gains are not separately shown as new purchases, but are included in the end of period (ColumnC(2)) values. All unreinvested distributions from mutual funds (dividends, interest and capital gains) are included in Column B(1). Money market mutual funds set forth aggregate dividend/interest paid for year and end of year value only.

(7)     Municipal and U.S. Treasury bond values reflected in Value Column C(2) are based on market value.

(8)     No transaction value or gain or loss is reported on non-taxable exchanges of one security for another or spin-offs of securities or stock dividends.  If publicly traded, the value as of the date of the transaction when such security is received is reflected in Column C(1) Gross Value.   In instances noted in first sentence, any gain is reported only when the new security is sold.

(9)     Restricted stock is not valued during restriction period.  After restrictions lapse, restricted stock is reflected as owned shares.

(10)    Oil and Gas interests – value not known to filer.

(11)    Private company – value not known to filer.

(12)    Inadvertently omitted in prior year report.

(13)    Amounts for each company aggregate values for the direct ownership of each entity as well as indirectly through other          entities.

| Name of Person Reporting | Date of Report |
|---|---|
| ROSENTHAL, LEE H. | 08/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ LEE H. ROSENTHAL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544